U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

# DISMISSAL AND NOTICE OF RIGHTS

To: Peter K. Hansche

From: New Orleans Field Office
Hale Boggs Federal Building
500 Poydras Street, Room 809
New Orleans, LA 70130

☐ On behalf of person(s) aggrieved whose identity is *CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| 461-2018-00781 | Ligita D. Landry, Enforcement Supervisor | (504) 595-2876 |

**THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:**

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans With Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge

[X] The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge.

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge.

☐ Other *(briefly state)*

## - NOTICE OF SUIT RIGHTS -

*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act:** This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA):** EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

Keith T. Hill,
Director

JUL 24 2019
*(Date Mailed)*

Enclosures(s)

cc:
Bryan E. Bartholomew - HR Director
New Orleans Police Department
715 S. Broad Street
4th Floor, Rm 419
New Orleans, LA 70119

EXHIBIT A

-------- Original message --------
From: "Douglas B. Eckert" <deckert@nola.gov>
Date: 1/2/18 8:29 AM (GMT-06:00)
To: "Daniel E. McMullen, Jr" <demcmullen@nola.gov>, "Wayne M. DeLarge II" <wmdelarge2@nola.gov>, "Melanie V. Dillon" <MVDillon@nola.gov>, "Peter K. Hansche" <pkhansche@nola.gov>
Subject: Information

I've noticed over the past week or so Sergeant Peter Hansche has not been included in many emails from the Homicide Team. Effective immediately, Sergeant Hansche is to be included in all emails pertaining to Homicide.

Doug Eckert
Commander,
Criminal Investigations Division
715 S. Broad Street
NOLA, 70119
(504) 330-4836

Sent from my Verizon 4G LTE smartphone



EXHIBIT B

# STATEMENT OF DETECTIVE BARRET MORTON

**This is a statement under PIB Control Number 2017-0727-R of Barret Morton, badge number 525, employee ID 9343, assigned to ISB Homicide.**

**This statement is relative to a complaint of alleged Courtesy, Discrimination, Professionalism, Workplace Discrimination, Sexual Harassment and Retaliation, which occurred during the time period of January 2016 to December 2017 at various locations including, but not limited to, 715 South Broad Street, NOPD Headquarters.**

**This complaint has been lodged against Lt. Jimmie Turner.**

**This statement is being taken at 1340 Poydras, Suite 1900 on Sunday, February 4, 2018.**

**"Q" denotes questions by Lt. Precious Banks. "A" denotes answers given by Barret Morton. Those present during the taking of this statement are Lt. Precious Banks of PIB and Detective Barret Morton of Homicide.**

**Please note: Employees are required to be truthful at all times in their spoken, written or electronic communications whether under oath or not in all matters and official investigations relating to the scope of their employment and the operations of the Department. Failure to comply will result in termination.**

**The starting date and time of this statement is Sunday, February 4, 2018 at 9:10 a.m.**

Q: Please state your name, badge number, employee ID and place of assignment.

A: Uh, Barret Morton. Badge 525; Employee ID is 3949.

Q: And your place of assignment?

A: Uh, ISB Homicide, New Orleans



EXHIBIT C

month.

Q: All right.

A: At one point.

Q: Okay. Dating back to December 15, 2017 to the present, has any member of the New Orleans Police Department besides myself personally contacted you regarding a complaint involved Sgt. Peter Hansche and Lt. Jimmie Turner?

A: Uh, no. I've, you know, it's been a little scuttlebutt here and there; but no, like, official contacts, no.

Q: Okay. Did anyone attempt to persuade you to make any statements in which you know are false?

A: No.

Q: Have you witnessed maybe anything inappropriate between Lt. Jimmie Turner and Sgt. Peter Hansche?

A: Uh, I witnessed an incident, uh, I don't know how long ago, probably over a year, where uh, Lt. Turner hugged Pete Hansche and um, appeared to kiss him on the head. I discussed it with both of them over the months, maybe years, and uh, Jimmie says he was playing and like, motioned like he did it and went *wah*. Pete says he kissed him. Um, I witnessed that. I witnessed, uh,

Q: Was anybody else around when that happened?

A: uh, Bruce Brueggeman

Q: Okay.

A: but I don't know if he was even paying attention, uh, and the only thing I know that really bothered Pete was, uh, him and Mark Amos, Jimmie used to kid them about being lovers, but I'm sure it was all play.



EXHIBIT C

that as a commander of Homicide with people he didn't know, people of other races, and it was construed as, in their minds, as something else. Like I'll talk to him and other people and, you know, I sincerely believe his intent was never to do anything to hurt anybody, but at the same time, people's perception of what you do, is also very important. You know, uh, I could tell you something about, you know, tell a woman something about her appearance and be totally sincere, but

Q: She take it

A: 'who is he to say that?' you know, 'who are you?' So, I think it's a lot of that and it's really no excuse for it. Uh, but I think it's a racially divisive environment. It still is now. Um, I think Jimmie had a lot to do with it, with his personality.

Q: Okay.

A: Um, I think the part the people up there had a lot to do with it also. Um, I think, uh, you know, hostile work environment, that could be perceived because of people's perceptions of things that are going on. And I think, uh, he and I having so much experience at this, you know, people could take things the wrong way. And another thing about Jimmie is, he's not, he's, he's from, like, a rougher time up there, really all of us who've been around, and nobody

EXHIBIT D

STATEMENT OF DETECTIVE GREGORY HAMILTON

**This is a statement under PIB Control Number 2017-0727-R of Gregory Hamilton, badge number 1821, Employee ID 10440, assigned to ISB Homicide.**

**This is a statement relative to a complaint of alleged Courtesy, Discrimination, Professionalism, Workplace Discrimination, Sexual Harassment and Retaliation, which occurred on January - between January 2016 and December 2017 at various locations including but not limited to 715 S. Broad Street, NOPD Headquarters.**

**This complaint has been lodged against Lt. Jimmie Turner. This statement is being taken at 715 S. Broad Street, 3rd Floor, Homicide office on Monday, February 26, 2018.**

**"Q" denotes the questions by Lt. Precious Banks. "A" denotes answers given by Gregory Hamilton. Those present during the taking of this statement are Lt. Precious Banks, Investigator Shante Smothers of PIB and Gregory Hamilton of ISB Homicide.**

**Note: Employees are required to be truthful at all times in their spoken, written or electronic communications whether under oath or not in all matters and official investigations relating to the scope of their employment and operations of the Department. Failure to comply will result in termination.**

**The starting date and time of this statement is Monday, February 26, 2018 at 12:14 p.m.**

Q: Please state your name, badge number, employee ID and place of assignment.

A: Greg Hamilton, badge 1821, employee number 10440, assigned to Homicide Division.

Q: This is to advise you that you are being interviewed only as a possible witness in this statement and as of this time, you are not being accused

A: Yes.

EXHIBIT D

had kissed Peter in the head.

Q: Okay. Um, were you directly involved in these conversations or you just was in earshot?

A: In earshot

Q: where you overheard

A: earshot of them.

Q: Okay. Did you hear any of them saying they felt uncomfortable or it offended them?

A: I would say in Brueggeman situation, he seemed, being the new guy, you know, I don't think he really understood, but he kind of always talked about his, what that really meant,

Q: Um hum

A: which I got no comment.

Q: Okay. Have you personally heard any member of the Department telling sexually oriented jokes or making references or inquiring into someone's sexual preferences?

A: Uh, they kind of do that all the time. I seen one where, you know, they was talking about Danny where they had a picture up around the office where there was gonna be a party at Rochelle's place with

Q: Okay.

A: Danny and Bruce, and you know, I heard say Bruce gon' ride on the back of Danny's motorcycle with some chaps on, or something like that, with no pants; something like that.

Q: So, was it like a joke, or?

A: I thought it was a joke __ and basically what it seem like, just office joking.

Q: Okay.

A: They did that a lot which, for this very reason, is why it's not a good thing.

Q: And you said it was a picture

A: Yeah, it was a poster saying there

# STATEMENT OF DETECTIVE BRUCE BRUEGGEMAN

This is a statement under PIB Complaint Tracking Number 2017-0727-R of Bruce Brueggeman? *Yes, ma'am,* okay, Badge number 753? *Yes, ma'am,* Employee ID 22167? *Yes, ma'am,* assigned to ISB Homicide Unit. *Yes, ma'am.*

This statement is relative to a complaint of alleged Courtesy, Discrimination, Professionalism, Workplace Discrimination, Sexual Harassment and Retaliation, which occurred beginning January 2016 to the present at various locations including but not limited to 715 S. Broad Street, NOPD Headquarters.

This complaint has been lodged against Lt. Jimmie Turner. This statement is being taken at 1340 Poydras Street, Suite 1900 on Saturday, January 6, 2018.

"Q" denotes the questions by Lt. Precious Banks. "A" denotes answers given by Detective Bruce Brueggeman? *Yes, ma'am.* Okay. Those present during the taking of this statement are Lt. Precious Banks, Investigator Shante Smothers of the Public Integrity Bureau and Detective Bruce Brueggeman of the Homicide Unit.

Please note: Employees are required to be truthful at all times in their spoken, written or electronic communications whether under oath or not in all matters and official investigations relating to the scope of their employment and operations of the Department. Failure to comply will result in termination.

The starting date and time of this statement is Saturday, January 6, 2018 at 12:55 p.m.

Q: Please state your name, badge number, and place of assignment.

A: Bruce Brueggeman, B-r-u-e-g-g-e-m-a-n; I'm assigned to the ISB Homicide Section as a Detective.

Q: And your badge number?

A: 753.

Detective Bruce Brueggeman

2017-0727-R





EXHIBIT E

offended.

Q: Okay. And did Sgt. Hansche make any statements to Lt. Turner?

A: No. Just kind of like, 'whoa, whoa, whoa! Get away, I'm not like that,' and that's pretty much it.

Q: Okay. All right, um, let me bring your attention to March 18 of 2017, a homicide scene on Brutus Street. Were you present on that day?

A: Yes, I was. That was a triple homicide, if I remember correctly.

Q: Was Lt. Jimmie Turner on scene as well?

A: Yes.

Q: Did Lt. Turner make any statements to you outside of the homicide investigation?

A: Uh, yeah, we were kind of standing around. Um, at that point in time, I'm not sure if we were waiting for the on-call detective to arrive or we were waiting for the search warrant; but we had some down time, like we do often on homicides

Q: Um hum

A: and we kind of just stand around and talk and joke around with one another, and many a times, Lt. Turner makes comments about how I'm dressed and how I look. He compliments me.

Q: Okay. Give me an example.

A: 'You look good today,' and he'll look at me, look at my lower extremities, uh, makes comments about me working out. But that specific comment that day, we were talking about the timeliness of detectives getting on scene,

Q: Um hum

A: because it was, it's been kind of lacking and he looked at me and he

 EXHIBIT E

said this in front – I know Hiatt was there and I think Hansche was there and there was a few other people – I don't remember exactly who was there

Q: Okay.

A: that'll be Daniel Hiatt

Q: Okay.

A: But he looked at me and goes, 'yeah, I would have been here a little quicker, but I had to take a shower.' Then he looked at me and said, 'yeah, while I was in the shower, I was thinking of you while I was washing my'- I can't remember if he said his taint or his, or his balls, or __ something to that extent. I, I can't remember the exact wordage.

Q: All right. And how did you interpret Lt. Turner's statement?

A: I thought it was silly, um, and like I said, that wasn't the first time; I mean he's always, like I said, he's made comments before about the way I looked. And the way I look at it, I'm not really offended. I, I've been a police officer for 31 years. I've worked in a larger agency than this before I came here. I came here as a lateral. I've been in Homicide, I mean, I've been in Shootings. I'm not easily offended, you know what I'm saying. Um, I don't necessarily like comments like that, but I just shrug them off.

Q: Um hum

A: I felt as if I would say anything and be kind of pushy about it, it may come back to haunt me as retaliation-

**Detective Bruce Brueggeman**

**2017-0727-R**





EXHIBIT E

A: wise; so I just keep my mouth shut and push on. I don't have any problems in the Unit, nobody messes with me, um, I feel like I'm an asset. He, himself, has told me I'm a good detective. And he's an asset to me and uh, or I'm an asset to him, rather. So, I, I think what I've done in the past would probably be the correct, you know, it was correct, you know what I did. I just don't want no problems.

Q: All right. Um, have there been any other incidents or interactions with Lt. Turner aside from case investigations?

A: Uh, no, just, you know, when I'm in the office, I remember one time I was booting up my computer and I have a Harley Davidson and it's on my screensaver; I was sitting down like this and he was kind of behind me, like, the investigator is behind me,

Q: Um hum

A: and he walked up; he says, 'that's your motorcycle?' I said, 'yes, sir,' and he put his hands on my traps, on my neck and started massaging and said, 'you gonna give me a ride on this sometime?' And I looked at him and I said, 'it's only reserved for women,' you know, so

Q: All right.

A: I don't ride dudes on the back of my motorcycle.

Q: How did you interpret his statement when he said that?

A: Weird.

Q: Weird?

A: Yes.

**Detective Bruce Brueggeman**



**2017-0727-R**

 EXHIBIT E

Q: What, what did you kind of think that he meant?

A: I really don't know. I, I know he's a married man. I know he has, I think he has kids. I know he's got a wife; I've met her, very nice lady. Um, being involved in Vice for many years prior to coming here, I know a lot of people that their marriage is totally opposite of what they're into and stuff like that. I get that. So, I don't know; maybe, maybe there's some bisexuality or something in his life and, and that's fine. I got no issues with that, I don't care, but, uh, you know, I don't, I don't feel that that's the proper place and time to, you know, say things like that, especially with other people in the office, and

Q: Who was present when this occurred?

A: If I remember correctly, I think, because I sit across from Maggie Darling – actually it's McCourt now. I keep forgetting she's been married over a year or two and I keep forgetting, but I think she was at her desk and I think Barret Morton was also at his desk, and possibly Daniel Hiatt.

Q: And did you make any statements to, um, Lt. Turner regarding him rubbing your shoulders and

A: No, no.

Q: Okay.

A: Like I said, I go, 'no, that's just for chicks, sir, women.' I kind of jokingly back at him to kind deflect

Detective Bruce Brueggeman



2017-0727-R

# STATEMENT OF COMMANDER DOUGLAS ECKERT

**This is a statement under PIB Control Number 2017-0727-R of Commander Douglas Eckert, Badge number 112, Employee ID 09614, assigned to ISB.**

**This statement is relative to a complaint of alleged Courtesy, Discrimination, Professionalism, Workplace Discriminatory Harassment and Retaliation, which occurred during the time period of January 2016 to December 2017 at various locations including, but not limited to, 715 South Broad Street, NOPD Headquarters.**

**This complaint has been lodged against Lt. Jimmie Turner.**

**This statement is being taken at 715 South Broad Street on Wednesday, March 14, 2018.**

**"Q" denotes questions by Lt. Precious Banks. "A" denotes answers given by Commander Douglas Eckert. Those present during the taking of this statement are Lt. Precious Banks and Investigator Shante Smothers of PIB and Commander Douglas Eckert of ISB.**

**Please note: Employees are required to be truthful at all times in their spoken, written or electronic communications whether under oath or not in all matters and official investigations relating to the scope of their employment and operations of the Department. Failure to comply will result in termination.**

**The starting date and time of this statement is Wednesday, March 14, 2018 at 8:36 a.m.**

Q: Please state your name, badge number, employee ID and place of assignment.

A: Doug Eckert. Badge number 112; Employee ID 09614. My assignment is currently is ISB-CID.

Q: This is to advise you that you are being interviewed only as a possible witness in this case and as of this time, you are not being accused of

A: Yes.





two-and-a-half months, I've noticed that things are, have been better, but that's my, that's how I

Q: That's your opinion.

A: that's my opinion. But it's other opinions, too, because people do talk. Some people tell you what they think you want to hear. I want to hear all of it. I'd rather hear the bad than the good, so I can fix it. Um, I think they, I absolutely know there was dissension up here and I absolutely know that I would, I would say the dissension that I saw is gone.

Q: All right. Um, you have an open door policy to everyone in the Unit, correct?

A: Yes.

Q: And, um, that was something that was made known to everyone.

A: So, the open door policy is, look, you can come in if you have frustrations; if you need help but it's not just to come and cry about who you work for, because I will sit and I'll tell anybody, well, that we all have responsibilities. So, you know, it, that open door policy goes a long way.

Q: Right.

A: It could be taken, it could be mistaken.

Q: All right. Have you viewed what could be perceived as favoritism in the Homicide Unit?

A: Yes.

Q: Can you give me an example?

A: Um, I believe that a special squad was made up to go over cases with, with maybe individuals that I



EXHIBIT F

# STATEMENT OF DEPUTY SUPERINTENDENT RANNIE MUSHATT

**This is a statement under PIB Control Number 2017-0727-R of Deputy Superintendent Rannie Mushatt, badge number 7, Employee ID 09166, assigned to Investigations and Support Bureau.**

**This statement is relative to a complaint of alleged Courtesy, Discrimination, Professionalism, Workplace Discriminatory Harassment and Retaliation, which occurred during the time period of January 2016 to December 2017 at various locations including, but not limited to, 715 South Broad Street, NOPD Headquarters. This complaint has been lodged against Lt. Jimmie Turner.**

**This statement is being taken at 4650 Paris Avenue on Tuesday, March 13, 2018. "Q" denotes questions by Lt. Precious Banks. "A" denotes answers given by Deputy Superintendent Rannie Mushatt. Those present during the taking of this statement are Lt. Precious Banks, Sgt. Omar Diaz, Investigator Shante Smothers of PIB and Deputy Superintendent Rannie Mushatt of the Investigation and Support Bureau.**

**Please note: Employees are required to be truthful at all times in their spoken, written or electronic communications whether under oath or not in all matters and official investigations relating to the scope of their employment and operations of the Department. Failure to comply will result in termination.**

**The starting date and time of this statement is Tuesday, March 13, 2018 at 12:10 p.m.**

Q: Please state your name, badge number, employee ID and place of assignment.

A: Rannie Mushatt. Badge 7; Investigations and Support Bureau.

Q: And what's your ID?

A: 9166.

Q: This is to advise you that you are

A: Yes.



EXHIBIT G

dinners against my wishes, but I didn't want to break their spirit. That's just not my thing, but they did all that stuff together and none of this came up until it didn't go Hansche's way and I think it's a crock. And that was the best work I could use.

Q: All right. Is there anything else you want to add?

A: I think that's it.

Q: All right. Is this statement true and correct to the best of your knowledge?

A: Yes.

Q: To protect the integrity of this investigation, do not discuss with anyone that you met with any member of the Public Integrity Bureau, the line of questioning, the information discussed. This concludes the statement given by Deputy Superintendent Rannie Mushatt. The concluding date and time of this statement is Tuesday, March 13, 2018 at 12:23 p.m.

END

**Deputy Superintendent Rannie Mushatt** 6-7-2018

**2017-0727-R**



EXHIBIT G