## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PETER HANSCHE** | * | CIVIL ACTION |
| | * | |
| versus | * | NO. 19-12655 |
| | * | |
| **CITY OF NEW ORLEANS and** | * | SECTION "A" |
| **LT. JIMMIE TURNER** | * | JUDGE ZAINEY |
| | * | |
| | * | MAGISTRATE DIVISION "5" |
| | * | MAGISTRATE JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Considering the foregoing Motion for Extension of Time:

**IT IS HEREBY ORDERED** that the request by Defendant, Lt. Jimmie Turner, for a 21 day extension of time within which to plead or otherwise respond to the Complaint herein, up to and including **January 23, 2019** is **GRANTED**.

New Orleans, Louisiana this 2nd day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE

S:\CTA CORP CLIENTS\FOP.Turner, Jimmie\ORD.extension.CTA.12312019.wpd