UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER HANSCHE | CIVIL ACTION |
| VERSUS | NO: 19-12655 |
| CITY OF NEW ORLEANS, ET AL. | SECTION: "A" (5) |

## MINUTE ENTRY (JS-10: 15)

On July 21, 2020, the Court held a status conference with the following counsel in attendance: Jessica Vasquez for the Plaintiff; Dan Macnamara, for the Defendant the City of New Orleans. The Court notes that counsel for the Defendant Lt. Jimmie Turner did not attend this telephone conference. The Court set this telephone status conference in order to assess the practicability of selecting a new trial date for this case.

After hearing about the case's status, the Court set the following deadlines and set a follow-up status conference:

Accordingly;

**IT IS ORDERED** that the Defendants shall produce all outstanding discovery or file appropriate objections by **Tuesday, August 4, 2020**. Further, the Defendants shall propound their written discovery to Plaintiff's counsel by **Tuesday, August 4, 2020**.

**IT IS FURTHER ORDERED** that the parties shall take a deposition of the Plaintiff by **Monday, September 21, 2020**.

**IT IS FURTHER ORDERED** that a follow-up telephone conference is **SET** for **Thursday**, **September 24, 2020 at 10:15 AM**. The call-in number is 877-336-1280,

access code 2321992. At this follow-up telephone conference, the Court will discuss the practicability of setting a new trial date for this matter.

Lastly, the Court notes that this case will be given a priority setting and the Court intends to try this case in 2020. Thus, Counsel for the parties shall continue with discovery in this matter accordingly.

* * * * * * * *

*Jay C. Zainey*