UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER HANSCHE | CIVIL ACTION |
| VERSUS | NO: 19-12655 |
| CITY OF NEW ORLEANS, ET AL. | SECTION: "A" (5) |

## ORDER

Pursuant to the Court's previous order,

**IT IS ORDERED** that counsel for all parties contact the assigned United States Magistrate Judge by **May 14, 2021,** for the purpose of scheduling a settlement conference. Plaintiff counsel shall initiate the call.

New Orleans, Louisiana, May 6, 2021

_____
Judge Jay C. Zainey
United States District Judge