UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **PETER HANSHE** | * | CIVIL ACTION NO. 19-12655 |
| *Plaintiff,* | * | |
| | * | SECTION "A" (5) |
| **VERSUS** | * | |
| | * | |
| **CITY OF NEW ORLEANS, ET AL** | * | |
| *Defendant* | * | |

******************************************

### ORDER

Considering the foregoing *Ex Parte* Motion to Expedite Motion to Compel:

IT IS HEREBY ORDERED that the Motion to Expedite the Motion to Compel is GRANTED. Plaintiff's Motion to Compel Discovery (rec. doc. 41) will be submitted on June 16, 2021. Memorandum in opposition may be filed on or before June 14, 2021.

New Orleans, Louisiana this 11th day of June, 2021.

_____
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF LOUISIANA