UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER HANSCHE | CIVIL ACTION |
| VERSUS | NO: 19-12655 |
| CITY OF NEW ORLEANS, ET AL. | SECTION: "A" (5) |

## ORDER RESETTING PRETRIAL CONFERENCE

Due to a conflict in the Court's schedule,

Accordingly;

**IT IS ORDERED** that the pretrial conference set for **Thursday, July 29, 2021, at 11:00 a.m.** is **RESET** for **Monday, August 2, 2021, at 11:00 a.m.** IN CHAMBERS.

July 28, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE