UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

PETER HANSCHE                                                                         CIVIL ACTION

VERSUS                                                                                        NO: 19-12655

CITY OF NEW ORLEANS, ET AL.                                                 SECTION: "A" (5)

## MINUTE ENTRY (JS-10: 25)

On August 2, 2021, the Court held a status conference with the following counsel in attendance: Jessica Vasquez for Plaintiff Peter Hansche; Dan Macnamara for Defendant the City of New Orleans; Willard Brown for Defendant Lt. Jimmie Turner.

Counsel apprised the Court as to the status of the case. Parties are given until **August 16, 2021** to amend the pretrial order to include uncontested issues of fact that would render Plaintiff's motion in limine moot. Counsel shall separately advise the Court whether the amended pretrial order renders Plaintiff's motion in limine moot in its entirety. The Court also ordered the following:

Accordingly;

**IT IS ORDERED** that the parties must contact Magistrate Judge North's Chambers to schedule a settlement conference which must take place within **10 days** of this telephone conference. All parties must participate in the settlement conference. Defendant Lt. Jimmie Turner shall participate in the settlement conference, and all parties must make a good faith effort to settle this case.

\* \* \* \* \* \* \*

*[signature: Jay C. Zainey]*

1