UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| PETER HANSCHE | CIVIL ACTION |
| VERSUS | NO: 19-12655 |
| CITY OF NEW ORLEANS, ET AL. | SECTION: "A" (5) |

### ORDER

In light of the circumstances regarding the COVID-19 outbreak,

Accordingly;

**IT IS ORDERED** that the jury trial in this matter, currently set for **August 16, 2021, at 8:30 a.m**., is **CONTINUED**. The trial will be reset at a soon to be scheduled status conference.

August 13, 2021

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE